

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2017

No. 04-15-00595-CR

David **ARROYO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8109
Honorable Ray Olivarri, Judge Presiding

# O R D E R

The State's brief was originally due to be filed with this court on December 19, 2016. We granted the State's first motion for an extension of time to file the brief until January 18, 2017. The next day, the State filed its second motion for extension of time to file its brief. It requested a thirty-day extension for a total extension of sixty days, and indicated the State would not file any further motions for extension of time to file the brief.

The State's motion is GRANTED. The State's brief is due on February 17, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2017.

_____
Keith E. Hottle
Clerk of Court